THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARY WRIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-19-144-R |
| | ) |
| ANDREW M. SAUL, Commissioner of | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff filed this action seeking a review of the denial of disability and supplemental security income benefits by the Social Security Administration. Pursuant to 28 U.S.C. § 636, the Court referred the matter to United States Magistrate Judge Bernard M. Jones for preliminary review. On October 18, 2019, Judge Jones issued a Report and Recommendation wherein he recommended that the decision of the Commissioner be affirmed. The record reflects that Plaintiff has not objected to the Report and Recommendation within the time limits prescribed therein nor sought an extension of time in which to file an objection. Accordingly, the Report and Recommendation is ADOPTED in its entirety and the decision of the Commissioner is hereby AFFIRMED. Judgment shall be entered accordingly.

**IT IS SO ORDERED** this 4th day of November 2019.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE